IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JESUS SORIA § | |
| § | |
| V.      § | A-14-CV-308-AWA |
| § | |
| MAG-T, L.P., d/b/a CHARLES MAUND § | |
| TOYOTA § | |

## FINAL JUDGMENT

The Parties in the above-styled matter have settled this case. Accordingly, the Court on this same day, granted the Parties' Agreed Motion to Dismiss with Prejudice. Based on the above, the Court **HEREBY ORDERS** that Plaintiff and Defendant take nothing on their claims and causes of action in this case and that each party will bear their own costs.

**IT IS FURTHER ORDERED** that any pending motions are **DENIED AS MOOT**, and that this case be **CLOSED**.

SIGNED this 29th day of December, 2014.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE